## IN THE SUPREME COURT OF TEXAS

-- -- -- --

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 2 6 2013

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

NO. 12-0894    §
             §
IN THE INTEREST OF C.T., A    §    Van Zandt County,
CHILD    §
             §    12th District.
             §
             §

December 21, 2012

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

The Court, noting that petitioner has filed an affidavit attesting to the inability to pay costs herein expended, hereby waives payment of costs.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 25th day of March, 2013.

Blake A. Hawthorne, Clerk

By Kathy Sandoval, Deputy Clerk

FILE COPY

## The Twelfth Court of Appeals

Tyler, Texas

**Supreme Court No.**     **12-0894**

**Court of Appeals No.**     **12-11-00384-CV**

     **Please note Rule 18.5 Tex. R. App. P.: If the Supreme Court declines to grant review, any unpaid Supreme Court costs must be included in the court of appeals' mandate. If any fees remain outstanding in the above case, a fee list will accompany this receipt.**

     Certified Copy of order in the above case received in the _____ Court of Appeals on _____.


By_____
    Deputy Clerk